IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RUDY STANKO, Individually and on behalf of similarly situated citizens, | ) ) ) ) | |
| Plaintiff, | ) ) | 8:11CV245 |
| v. | ) ) | |
| UNITED STATES OF AMERICA, | ) ) | MEMORANDUM AND ORDER |
| Defendant. | ) ) | |

This matter is before the Court on plaintiff's motion for leave to proceed in forma pauperis ("IFP")(Filing No. 2). As set forth in the Prison Litigation Reform Act ("PLRA"), a prisoner cannot:

> [B]ring a civil action or appeal a judgment in a civil action or proceeding [in forma pauperis] if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action . . . in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

28 U.S.C. §1915(g).

The following three cases or appeals brought by plaintiff were dismissed because they failed to state a claim upon which relief may be granted or because they were frivolous:

- *Stanko v. Federal Bureau of Prisons*, No. 09-CV-035-HRW (E.D. Ky. April 21, 2009), dismissed for failure to state a claim upon which relief may be granted on April 21, 2009.

- *Stanko v. Bataillon*, No. 8:06CV607, 2007 WL 685663 (D. Neb. Feb. 28, 2007), dismissed as frivolous and for failure to state a claim upon which relief may be granted, and affirmed on October 23, 2007.

- *Stanko v. United States*, No. 8:10CV151 (D. Neb.), dismissed as frivolous on November 18, 2010, and affirmed on April 8, 2011.  (Case No. 8:10CV151, Filing Nos. 15, 16 and 25.)

Accordingly, plaintiff has until **August 18, 2011**, to show cause why he is entitled to proceed IFP pursuant to 28 U.S.C. §1915(g).  Alternatively, plaintiff may pay the full $350.00 filing fee no later than **August 18, 2011**.  In the absence of good cause shown or the payment of the full filing fee, plaintiff's complaint and this matter will be dismissed without further notice.

IT IS ORDERED:

1.  Plaintiff's motion for leave to proceed in forma pauperis (Filing No. 2) is denied.  Plaintiff has until **August 18, 2011**, to either show cause why he is entitled to proceed IFP pursuant to 28 U.S.C. §1915(g) or pay the full $350.00 filing fee.  In the absence of either action by plaintiff, this matter will be dismissed without further notice.

2.  The clerk of the court is directed to set a pro se case management deadline in this matter with the following text:

August 18, 2011:  deadline for plaintiff to show cause or pay full filing fee.

DATED this 22nd day of July, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court

---

    * This opinion may contain hyperlinks to other documents or Web sites.  The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the Court has no agreements with any of these third parties or their Web sites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.